OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
| --- | --- |
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE |
| | 19801 |
| | (302) 573-6170 |

May 9, 2007

TO:  David A. Smiley
     1956 Seneca Road
     Wilmington, DE 19805

   **RE:  U.S. MARSHAL 285 FORMS for Carole N. Tinklepaugh, M.D.,
        Dawn Ford, and S.J. Sabo, M.D.
        Civ. No. 07-05 SLR**

Dear Mr. Smiley,

   The clerk's office is in receipt of the above referenced 285 forms (enclosed and returned herewith). These forms are being returned to you because the parties listed in the box "defendant" are not named parties in this civil action.

   The USM 285 form for Daimler Chrysler, along with copies of D.I. Nos. 2, 4, 5 and a Mag. Consent Form have been forwarded to the U.S. Marshal for service in accordance with the Court's order.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson