IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-005 (SLR) |
| DAIMLERCHRYSLER, | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jennifer Gimler Brady of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware lead counsel on behalf of Defendant DaimlerChrysler Corporation.

POTTER ANDERSON & CORROON LLP

By *(signature)*
Jennifer Gimler Brady (Del. Bar 2874)
Jennifer C. Wasson (Del. Bar 4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com
jwasson@potteranderson.com

Dated: June 29, 2007
804745v1 / 31959

*Attorneys for Defendant DaimlerChrysler Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify this 29th day of June, 2007, that two (2) true and correct copies of the foregoing **NOTICE OF APPEARANCE** was served by U.S. First Class Mail, postage prepaid, to the following:

> David A. Smiley, *pro se*
> 1956 Seneca Road
> Wilmington, DE 19805

> /s/ Jennifer Gimler Brady
> Jennifer Gimler Brady (No. 2874)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6042 (Telephone)
> (302) 658-1192 (Facsimile)
> jbrady@potteranderson.com (Email)