IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:07-005-SLR |
| v. ) | |
| ) | |
| DAIMLER CHRYSLER, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT DAIMLERCHRYSLER COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for DaimlerChrysler Company, LLC, hereby certifies as follows pursuant to Federal Rule of Civil Procedure 7.1(a):

1. DaimlerChrysler Company, LLC, a Delaware limited liability company, is a wholly owned subsidiary of DaimlerChrysler Holding LLC, a Delaware limited liability company, which is a wholly owned subsidiary of DaimlerChrysler Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of DaimlerChrysler North America Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of DaimlerChrysler AG, a German corporation, whose stock is publicly traded.

2. DaimlerChrysler AG owns all of the stock of DaimlerChrysler North America Holding Corporation, which is the sole member of DaimlerChrysler Motors Company LLC, which owns all of the stock of DaimlerChrysler Holding Corporation, which is the sole member of DaimlerChrysler Company LLC.

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (#2874)
Jennifer Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
jbrady@potteranderson.com
jwasson@potteranderson.com

Dated:  July 5, 2007
805087 / 31959

*Attorneys for Defendant DaimlerChrysler Corporation*

## CERTIFICATE OF SERVICE

I hereby certify this 5th day of July, 2007, that two (2) true and correct copies of the foregoing **DEFENDANT DAIMLERCHRYSLER COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT** was served by U.S. First Class Mail, postage prepaid, to the following:

> David A. Smiley, *pro se*
> 1956 Seneca Road
> Wilmington, DE 19805

Jennifer Wasson (No. 4933)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6165 (Telephone)
(302) 658-1192 (Facsimile)
jwasson@potteranderson.com (Email)