# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

July 27, 2007

Mr. David A. Smiley
26 Mackay Lane
Newark, DE 19713

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

<u>Re: David A. Smiley v. Daimler Chrysler, Civ. No. 07-005-SLR</u>

Dear Mr. Smiley and Ms. Brady:

    Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2. On or before **August 27, 2007**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

                                            Cordially,

                                            SUE L. ROBINSON

SLR/rd
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-005-SLR |
| | ) |
| DAIMLER CHRYSLER, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

At Wilmington this       day of August, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 27, 2007.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 27, 2007.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **January 28, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **February 11, 2008.** Reply briefs shall be filed on or before **February 18, 2008.**

_____
United States District Judge