
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Jennifer Gimler Brady**
**Partner**
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

July 31, 2007

**CM/ECF ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
Lockbox 31, U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

    Re:  **David A. Smiley v. DaimlerChrysler, Civil Action No. 07-005-SLR**

Dear Chief Judge Robinson:

    I am writing to advise the Court that Defendant DaimlerChrysler has no objection to the proposed Scheduling Order, which accompanied Your Honor's letter dated July 27, 2007.

    Should Your Honor have any questions regarding this matter, counsel will be available at the Court's convenience.

Respectfully,

Jennifer Gimler Brady

JGB/drt

cc: David A. Smiley, *pro se* (via First Class, U.S. Mail, postage prepaid)

810017v1 / 31959