# DAVID A. SMILEY

26 Mackay Lane
Newark, DE 19713
(302) 266-8245
Dasmyle2@aol.com

August 21, 2007



The Honorable Sue L. Robinson
United States District Court
District of Delaware
Lock Box 31  United States Court House
844 King Street
Wilmington, DE 19801

Re: **David A. Smiley v. Daimler Chrysler, Civil Action No. 07-005-SLR**

Your Honor Chief Judge Robinson,

In response to your correspondence dated 27 JUL 07, I have no objection to the proposed Scheduling Order of the Court.

If your Honor should have further questions in regards to this matter, I am available at your request at the above number or email address.

Respectfully Yours,

David A. Smiley

Cc: Jennifer Gimler Brady, Esq. via First Class U.S. Mail, paid postage

Shelley LA.
Newark, DE 19713
David A. Smiley

CERTIFIED MAIL
7007 0220 0002 9203 9669

The Honorable Sue L. Robinson
United States District Court
District of Delaware
Lock Box 31, U.S. Court House
844 King Street
Wilmington, DE 19801

RETURN RECEIPT

U.S. POSTAGE PAID
WILMINGTON, DE 19805
AUG 22, 07
AMOUNT
$5.21
00016246-15