IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-005-SLR |
| | ) |
| DAIMLER CHRYSLER, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 7th day of September, 2007, pursuant to Fed. R. Civ.

P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions

to join other parties and amend the pleadings shall be filed on or before **September 27,**

**2007.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be

completed on or before **December 27, 2007.**

3. **Application by Motion**. Any application to the Court shall be by

written motion filed with the Clerk. Unless otherwise requested by the Court, the parties

shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **January 28, 2008.**  Answering briefs and affidavits, if any, shall be filed on or

before **February 11, 2008.**  Reply briefs shall be filed on or before **February 18, 2008.**

United States District Judge