07-5 SLR

## Letter in support of Motion to amend the Complaint

As per the requirement of Fed. R. Civ. P. 26(26)., I am submitting this letter as a request to the court to enjoin the following parties into litigation for their participation in violating my rights as an American of African Ancestry; applicable to Title VII of the 1964 Civil Rights Act., and 42 U.S.C. 2000e-2, A (1),C(1)(2)(3).

Please find the attached Motion to Amend brief in support of my requested action.

Initially, it is my intention to address the differences from the original complaint and the present. In the original complaint question number 6 was answered as is not continuing, in the amended form the number six question is answered as the practice is continuing.
Question 10 of the original complaint form shall now reflect A). failure to employ plaintiff. B). Other acts, liable, slander, civil conspiracy,

I wish to request the court to enjoin S.J. Sabo, M.D. and Caroline N. Tinklepaugh, M.D. and Human Resource generalist Dawn Ford, jointly and severally because of the slander and liable committed against my person.

Additionally, I Charge the UAW Local 1183, its agents and insurer with violation of my rights as an American of African Ancestry, applicable to Title VII of the 1964 Civil Rights Act., 2000e.

Finally, I charge that the union UAW Local 1183, its agents and insurers with a failure to make a decision on whether or not to arbitrate.
Failure to notify the grievant of a decision not to arbitrate in time for the grievant to pursue other available remedies available. Poor quality of presentation and extreme negligence in investigation and extreme passivity in case preparation. In addition, perfunctory handling of an arbitration case, which effectively prevents factual proof of the grievant,'s position

Respectfully Submitted

David A. Smiley
Pro Se