**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:07-005-SLR |
| v. | ) | |
| | ) | |
| DAIMLER CHRYSLER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant, | ) | |
| | ) | |

## Request for Production of Documents

As per F.R.C.P. Rule 26 (b) (4) Plaintiff David A. Smiley hereby requests Defendant Daimler Chrysler to respond within 20 days to the following requests.

Please submit to the Plaintiff David A. Smiley all copies of employee:

1). performance records,

2). medical records

3). physician notes,

4) reports.

5). Disciplinary action taken,

6). notice of grievance action(s) received

7). supervisor report filed

8). evidence presented by witnesses, grievance step(s) attained.

9). Results and or findings, interviews taken, and appeal process applied,

10). arbitrator presiding at appeal hearing

11). Copies and or transcripts of all interviews taken of witnesses,

12). Evidence presented the results or findings and all documents in your possession.

13). Writings.

14). Recordings.

15). All magnetic impulse, mechanical, digital, electronic recording, video recordings, analog and digital.

16). Written correspondence to include but not limited to,

17). Memos

18).Intra office memos,

19). Recordings.

20).Photographs, digital and analog

22).Plant security video taken for the period 0830-1230 hours on May 13, 2005.

Sincerely,

*[signature]*

David A. Smiley
  Pro Se
26 Mackay Lane
Newark, DE 19713
(302) 266-8245
(302) 345-3395
Dasmyle2@aol.com


Dated: October 18, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify this 18th day of October, 2007, that two (2) true and correct copies of the foregoing **Plaintiff DAVID A. SMILEY'S REQUEST FOR PRODUCTION** was served by U.S. First Class Mail, postage prepaid, to the following:

>Jennifer Wasson (No. 4933)
>Hercules Plaza - Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6165 (Telephone)
>(302) 658-1192 (Facsimile)
>Jwasson@potteranderson.com (Email)

David A Smiley, *pro se*
26 Mackay Lane
Newark, DE 19713
(302) 266-8245 (Residence)
(302) 345-3395 (Cellular)
Dasmyle2@aol.com (Email)