IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| Plaintiff, | ) ) ) C.A. No. 1:07-005-SLR |
| v. | ) ) |
| DAIMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| Defendant. | ) ) ) |

## STIPULATION AND ORDER TO EXTEND CASE SCHEDULING ORDER

Plaintiff David Smiley ("Plaintiff") and Defendant Chrysler LLC, formerly known as DaimlerChrysler Corporation ("Chrysler"), hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, the Case Scheduling Order (D.I. 16) was entered in this case on September 7, 2007;

WHEREAS, Plaintiff filed a motion to amend the complaint to add claims and parties on September 27, 2007 (D.I. 17), Chrysler filed an answering brief in opposition to such motion on October 15, 2007 (D.I. 19), and briefing on this issue closed on October 25, 2007;

WHEREAS, the joinder of additional parties and/or claims to Plaintiff's Complaint has yet to be determined; and

WHEREAS, the discovery period under the current Case Scheduling Order will expire on December 27, 2007;

THEREFORE, Plaintiff and Chrysler stipulate and agree, subject to the approval of the Court, to extend the Case Scheduling Order as follows:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **April 15, 2008**.

2. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 15, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **May 29, 2008**. Reply briefs shall be filed on or before **June 5, 2008**.

3. Except as expressly stated in this Stipulation and Order, the schedule provided in the parties' initial Case Scheduling Order remains unchanged.

APPROVED AS TO FORM AND CONTENT:

DAVID A. SMILEY

By: _____
David A. Smiley
26 Mackay Lane
Newark, DE 19713
Tel: (302) 266-8245
    (302) 345-3395
Dasmyle2@aol.com

*Pro Se Plaintiff*

Dated: December 12, 2007

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (#2874)
Jennifer Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
Fax: (302) 658-1192
jbrady@potteranderson.com
jwasson@potteranderson.com

*Attorneys for Defendant Chrysler LLC (formerly known as DaimlerChrysler Corporation)*

Dated: December 13, 2007

STIPULATION APPROVED AND ORDER ENTERED BY THE COURT, this _____ day of _____, 2007.

_____
Judge Sue L. Robinson

835888 / 31959

2