IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-05-SLR |
| | ) |
| DAIMLER CHRYSLER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 24th day of February 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motions to amend the complaint (D.I. 11, 17) are **granted** to the extent that plaintiff may amend his complaint to add the claims against the UAW Local 1183. The motions are **denied** in all other respects on the basis of futility of amendment.

2. The amended complaint shall be filed within **fourteen days** from the date of this order.

_____
UNITED STATES DISTRICT JUDGE