ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 MAR 26  AM 8:29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:07-005-SLR |
| V. ) | |
| ) | |
| DIAMLER CHRYSLER, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant, ) | |
| ) | |

## PLAINTIFF DAVID A. SMILEY'S ANSWERS TO DEFENDANT DAIMLER CHRYSLER L L C'S INTERROGATORIES

1. The Plaintiff admits.

2. The Plaintiff admits.

3. The Plaintiff admits.

4. The Plaintiff admits in part and denies in part.

5. The Plaintiff denies.

6. The Plaintiff denies in part and admits in part.

7. The Plaintiff denies.

8. The Plaintiff admits.

9. The Plaintiff denies.

10. The Plaintiff denies in part.

11. The Plaintiff denies.

12. The Plaintiff denies in part.

13. The Plaintiff denies.

14. The Plaintiff denies.

15. The Plaintiff admits.

16. The Plaintiff denies.

17. The Plaintiff denies.

David A Smiley, *pro se*
814 Village Circle B
Newark, DE  19713
Residence (302) 444-4872
Cellular    (302) 345-3395
Email Dasmyle2@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:07-005-SLR |
| V. | ) |
| | ) |
| DIAMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify this 26th day of March 2008, that two (2) true and correct Copies of the foregoing **Plaintiff DAVID A. SMILEY'S ANSWERS TO DEFENDANT DAIMLER CHRSYLER INTEROGATORIES**, was served by U.S. First Class Mail, postage prepaid, to the following address:

> Jennifer Wasson (No. 4933)
> Hercules Plaza - Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6165 (Telephone)
> (302) 658-1192 (Facsimile)
> Jwasson@potteranderson.com (Email)

> David A Smiley, *pro se*
> 814 Village Circle B
> Newark, DE 19713
> (302) 444-4872 (Residence)
> (302) 345-3395 (Cellular)
> Dasmyle2@aol.com (Email)