## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:07-005-SLR |
| v. | ) | |
| | ) | |
| DAIMLER CHRYSLER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF PLAINTIFF DAVID A. SMILEY

TO:    David A. Smiley, *pro se*
       26 Mackay Ln.
       Newark, DE 19713

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rule of Civil Procedure the undersigned attorneys for defendant Chrysler LLC, formerly known as Daimler Chrysler Corporation ("Chrysler") will take the oral deposition of David A. Smiley. The deposition will commence on April 9, 2008 beginning at 10:00 a.m. at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801.

The deposition will be taken before a notary public, duly authorized to administer oaths and transcribe the testimony of the deponent. Plaintiff is requested and directed to appear for said deposition at that time and place. The deposition may continue from day to day, Saturdays, Sundays and holidays excluded, until completed.

POTTER ANDERSON & CORROON LLP

By: _____
      Jennifer Gimler Brady (#2874)
      Jennifer Wasson (#4933)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000 – Telephone
      (302) 658-1192 - Facsimile
      jbrady@potteranderson.com
      jwasson@potteranderson.com

*Attorneys for Defendant Chrysler LLC*

Dated:  March 27, 2008
857367v1 / 31959

2

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of March, 2008, that two (2) true and correct copies of the foregoing **NOTICE OF DEPOSITION OF PLAINTIFF DAVID A. SMILEY** was served by U.S. First Class Mail, postage prepaid, to the following:

David A. Smiley, *pro se*
26 Mackay Ln.
Newark, DE 19713

Jennifer Wasson (No. 4933)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6165 (Telephone)
(302) 658-1192 (Facsimile)
jwasson@potteranderson.com (Email)