IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:07-005-SLR |
| v. | ) |
| | ) |
| DAIMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF CONTINUED DEPOSITION DUCES TECUM
OF PLAINTIFF DAVID A. SMILEY**

TO:   David A. Smiley, *pro se*
      814 Village Circle, Apt. B
      Newark, DE  19713

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rule of Civil Procedure the undersigned attorneys for defendant Chrysler LLC, formerly known as Daimler Chrysler Corporation ("Chrysler") will continue the oral deposition of David A. Smiley. The continued deposition will commence on April 15, 2008 beginning at 9:00 a.m. at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801.

The deposition will be taken before a notary public, duly authorized to administer oaths and transcribe the testimony of the deponent. Plaintiff is requested and directed to appear for said deposition at that time and place. The deposition may continue from day to day, Saturdays, Sundays and holidays excluded, until completed.

**DUCES TECUM**

Deponent is to bring with him any and all medical records including, but not limited to physicians' notes, correspondence to and/or from Chrysler relating to deponent's substantiation

of injury, reinstatement and/or termination, other correspondence, documents, writings, statements, investigative notes or reports, and any other medical documents.

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (#2874)
Jennifer Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com
jwasson@potteranderson.com

*Attorneys for Defendant Chrysler LLC*

Dated: April 9, 2008
859497v1 / 31959

## CERTIFICATE OF SERVICE

I hereby certify this 9th day of April, 2008, that a true and correct copy of the foregoing **NOTICE OF CONTINUED DEPOSITION DUCES TECUM OF PLAINTIFF DAVID A. SMILEY** was served by Federal Express to the following:

>David A. Smiley, *pro se*
>26 Mackay Ln.
>Newark, DE 19713
>
>David A. Smiley, *pro se*
>814 Village Circle, Apt. B
>Newark, DE 19713

>_____
>Jennifer Wasson (No. 4933)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6165 (Telephone)
>(302) 658-1192 (Facsimile)
>jwasson@potteranderson.com (Email)