### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:07-005-SLR |
| v. | ) |
| | ) |
| DAIMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |

## PLAINTIFF DAVID SMILEY'S REQUEST FOR PRODUCTION OF DOCUMENTS FOR DEFENDANT UAW LOCAL 1183

As per F.R.C.P. Rule 26 (b) (4) Plaintiff David A. Smiley hereby requests Defendant U.A.W. 1183 to respond within 20 days to the following requests.

Please submit to the Plaintiff David A. Smiley all copies of employee:

1). physician notes,

2). reports,

3). disciplinary action taken,

4). notice of grievance action(s) received,

5). supervisor report filed,

6). evidence presented by witnesses, grievance step(s) attained.

7). results and or findings, interviews taken, and appeal process applied,

8). the name of the arbitrator presiding at appeal hearing

9). copies and or transcripts of all interviews taken of witnesses,

10). evidence presented, the results and or findings and all documents in your possession,

11). writings,

12). recordings,

13). all magnetic impulse, mechanical, digital, electronic recording, video recordings, analog and digital.

14). Written correspondence to include but not limited to,

15). email(s),

16) memos,

17). intra office memos,

18). inter office memos,

19). recordings,

20). photographs, digital and analog.

21). plant security video taken for the period 0830-1230 hours on May 13, 2005.

.

Sincerely,

*[signature]*

David A. Smiley
Pro Se
814 B Village Circle
Newark, DE 19713
(302) 444-4872
(302) 345-3395
Dasmyle2@aol.com

Dated: April 9, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:07-005-SLR |
| V. | ) |
| | ) |
| DIAMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify this 9th day of April 2008, that two (2) true and correct Copies of the foregoing **PLAINTIFF DAVID A. SMILEY'S REQUEST FOR PRODUCTION OF DOCUMENTS FOR DEFENDANT UAW LOCAL 1183**, was served by U.S. First Class Mail, postage prepaid, to the following address:

Larry Dixon
UAW Local 1183
698 Old Baltimore Pike
Newark, DE 19702
(302) 738-4500 Telephone
(302) 738-9564 Fax


_____
David A Smiley, *pro se*
814 Village Circle B
Newark, DE 19713

(302) 444-4872 (Residence)
(302) 345-3395 (Cellular)
Dasmyle2@aol.com (Email)