IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) Case No. 07-005-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UAW LOCAL 1183, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Joseph J. Rhoades, Esquire as attorney for defendant UAW Local 1183.

Respectfully Submitted,

/s/Joseph J. Rhoades

---

Joseph J. Rhoades, Esquire (ID No. 2064)
Law Offices of Joseph J. Rhoades
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE 19801
302-427-9500 (Phone)
302-427-9509 (Fax)
joe.rhoades@rhoadeslegal.com

DATE: April 25, 2008