**CERTIFICATE OF SERVICE**

I, Carol McCool, Legal Assistant, hereby certify that on this 25th day of April, 2008, I caused to be served a copy of an Entry of Appearance by U.S. Mail to the following:

David A. Smiley
814 B. Village Cir.
Newark, DE  19713

/s/Carol McCool
_____
Carol McCool