THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY | : | |
| Plaintiff, | : | C.A.No.I:07-005-SLR |
| v. | : | |
| UAW LOCAL 1183 | : | JURY TRIAL DEMANDED |
| Defendant | : | |

CERTIFICATE OF SERVICE

I hereby certify that on this date I had served a copy of the foregoing Answer to the Complaint by First Class Mail, postage pre-paid, on the following:

David A. Smiley
814 B Village Circle
Newark, DE   19713

**Law Offices of Joseph J. Rhoades**

By: /s/ Joseph J. Rhoades
JOSEPH J. RHOADES, ESQUIRE
Attorney I.D. No. 2064
Legal Arts Building - Suite 1200
1225 King Street
Wilmington, DE   19801
(302) 427-9500
*Attorney for Defendant*

Dated: April 25, 2008