IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:07-005-SLR |
| v. | ) |
| DAIMLER CHRYSLER, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

### DEFENDANT CHRYSLER LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Chrysler, LLC ("Chrysler"), pursuant to Fed. R. Civ. P. 56, and moves the Court for an order entering summary judgment in its favor and against Plaintiff on all of his claims against Chrysler. The basis for Chrysler's motion is that there is no genuine issue as to any material fact in this case and Chrysler is entitled to judgment as a matter of law. The specific reasons supporting Chrysler's motion are set forth in its Opening Brief In Support Of Defendant Chrysler, LLC's Motion For Summary Judgment, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: _____
Jennifer Gimler Brady (#2874)
Jennifer Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com
jwasson@potteranderson.com

Dated: May 15, 2008                    *Attorneys for Defendant Chrysler LLC*
864775 / 31959

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:07-005-SLR |
| v. | ) | |
| | ) | |
| DAIMLER CHRYSLER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

WHEREAS, the Court having considered Defendant Chrysler, LLC's ("Chrysler") Motion for Summary Judgment and the arguments of Plaintiff and Chrysler related thereto, and the Court finding no material issues of fact and that Chrysler is entitled to judgment in its favor;

NOW, THEREFORE, Defendant's Motion is hereby **GRANTED** and judgment shall be entered in Chrysler's favor on all claims of the Complaint against it.

_____
The Honorable Sue L. Robinson
United States District Court Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify this 15th day of May, 2008, that a true and correct copy of the foregoing **DEFENDANT CHRYSLER LLC'S MOTION FOR SUMMARY JUDGMENT** was served in the manner indicated to the following:

### FIRST CLASS, U.S. MAIL, POSTAGE PREPAID

David A. Smiley, *pro se*
814 Village Circle, Apt. B
Newark, DE  19713

### ELECTRONIC MAIL

Joseph J. Rhoades
Law Office of Joseph Rhoades, Esq.
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874
(302) 427-9500
joe.rhoades@rhoadeslegal.com

/s/ Jennifer Wasson
Jennifer Wasson  (No. 4933)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6165 (Telephone)
(302) 658-1192 (Facsimile)
jwasson@potteranderson.com (Email)