IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-005-SLR |
| | ) |
| DAIMLER CHRYSLER and UAW LOCAL 1183, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 19th day of May, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Tuesday, June 3, 2008**, at 8:30 a.m. Counsel for UAW Local 1183 shall coordinate and initiate this call.

_____
United States District Judge