## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) Case No. 07-005-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UAW LOCAL 1183, et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCES

IN ADDITION TO JOSEPH J. RHOADES, PLEASE ALSO ENTER THE APPEARANCES of A. DALE BOWERS and STEPHEN T. MORROW, of the Law Offices of Joseph J. Rhoades as attorneys for defendant UAW Local 1183.

          Respectfully Submitted,

          /s/A. Dale Bowers
          /s/Stephen T. Morrow
          _____
          A. Dale Bowers, Esquire (ID No. 3932)
          Stephen T. Morrow, Esquire (ID No. 4891)
          Law Offices of Joseph J. Rhoades
          1225 King St., 12th Flr.
          P.O. Box 874
          Wilmington, DE  19801
          302-427-9500 (Phone)
          302-427-9509 (Fax)
          joe.rhoades@rhoadeslegal.com

DATE: May 20, 2008

**CERTIFICATE OF SERVICE**

I, Carol McCool, Legal Assistant, hereby certify that on this 20th day of April, 2008, I caused to be served a copy of an Entry of Appearances by U.S. Mail or E-FILE to the following:

U.S. Mail

David A. Smiley
814 B. Village Cir.
Newark, DE 19713

E-FILE

Jennifer C. Wasson, Esquire
Potter, Anderson & Corroon
P.O. Box 951
Wilmington, DE 19899

/s/Carol McCool
_____
Carol McCool