IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
|  | ) C.A. No. 1:07-005-SLR |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UAW LOCAL 1183, et al., | ) |
|  | ) |
| Defendants. | ) |

### MOTION FOR ADMISSION OF WILLIAM T. JOSEM *PRO HAC VICE*

The undersigned counsel for the defendant, UAW Local 1183, hereby moves for an order granting leave to allow attorney, WILLIAM T. JOSEM to appear and participate *pro hac vice* before this Court in the above-captioned case. In support of this position, the undersigned submits the attached Affidavit of WILLIAM T. JOSEM. Also attached hereto for the Court's consideration and convenience is a proposed Order.

Respectfully Submitted,

Joseph J. Rhoades, Esquire (ID No. 2064)
Law Offices of Joseph J. Rhoades
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE 19801
302-427-9500 (Phone)
302-427-9509 (Fax)

DATE: May 29, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY | : |
| Plaintiff, | : C.A.No.1:07-005-SLR |
| v. | : |
| UAW LOCAL 1183 | : |
| Defendant | : |

### AFFIDAVIT OF WILLIAM T. JOSEM, ESQUIRE

I, WILLIAM T. JOSEM, after being duly sworn according to law, do hereby state the following:

1. I practice as a partner with the law firm of Cleary & Josem LLP, 1650 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103.

2. I am counsel to Defendant, UAW Local 1183, and have been one of the primary attorneys representing the Defendant in this matter.

3. I am admitted to practice and am a member of good standing of the Supreme Court of the Commonwealth of Pennsylvania, the State of New York and the State of New Jersey. I am admitted to practice in the United States District Court for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

4. I agree to abide by all rules of professional conduct governing the practice of law by attorneys and to adhere to the procedural requirements of this Court, should my admission *pro hac vice* be granted. I am generally familiar with the Rules of this Court.

_____
WILLIAM T. JOSEM

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 22ND DAY
OF May , 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN J. WEISS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 8, 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) Case No. 1:07-005-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UAW LOCAL 1183, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

AND NOW this ____ day of _____, 2008, upon consideration of the Motion of Defendant UAW Local 1183 for the admission *pro hac vice* of WILLIAM T. JOSEM, ESQUIRE, along with the Affidavit of WILLIAM T. JOSEM, it is hereby ORDERED and DECREED that said Motion is GRANTED and that WILLIAM T. JOSEM is hereby admitted *pro hac vice* in this matter.

_____
JUDGE

## CERTIFICATE OF SERVICE

I, Carol McCool, Legal Assistant, hereby certify that on this 29th day of May, 2008, I caused to be served upon the parties a copy of a Motion for Admission of William T. Josem *Pro Hac Vice* by U.S. Mail or E-FILE to the following:

U.S. Mail

David A. Smiley
814 B. Village Cir.
Newark, DE 19713

E-FILE

Jennifer G. Brady, Esquire
Jennifer C. Wasson, Esquire
Potter, Anderson & Corroon
P.O. Box 951
Wilmington, DE 19899


/s/Carol McCool
_____
Carol McCool