IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) C.A. No. 1:07-005-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UAW LOCAL 1183, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Carol McCool, Legal Assistant, hereby certify that on this 30th day of May, 2008, I caused to be served upon counsel Defendant UAW Local 1183's Response to Plaintiff's Request for Production of Documents via U.S. Mail to the following:

Jennifer G. Brady, Esquire
Jennifer C. Wasson, Esquire
Potter, Anderson & Corroon
P.O. Box 951
Wilmington, DE 19899


/s/Carol McCool
───────────────────────────
Carol McCool