## CERTIFICATE OF SERVICE

I hereby certify that on this date I had served a copy of the foregoing Defendant's Initial Disclosures and Defendant's Responses to Plaintiff's Request for Production of Documents by UPS Overnight Mail, on the following:

        David A. Smiley
        814 B Village Circle
        Newark, DE   19713

        _____
        Robert F. Henninger, Esquire
        Attorney I.D. No. 69211
        1650 Market Street, 51st Floor
        Philadelphia, PA   19103
        (215) 735-9099

Dated:  May 29, 2008