THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY | : |
|                       Plaintiff, | :     C.A.No.I:07-005-SLR |
| v. | : |
| UAW LOCAL 1183 | : |
|                       Defendant | : |

### DEFENDANT, UAW LOCAL 1183'S INITIAL DISCLOSURES

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, UAW Local 1183 ("the Union") submits its initial disclosures. The information set forth below reflects the Union's best present knowledge based upon its review and investigation of the facts to date. This review and investigation is continuing and the Union reserves the right to amend or supplement the disclosures contained herein as may be necessary or appropriate in the future or as the discovery of additional or further information may warrant.

**A.**     **Individuals likely to have information:**

At present, the Union has identified the following individuals as reasonably likely to have information bearing significantly on the claims and defenses raised in this action.

       John Mehalshick, Union Committeeman
       UAW Local 1183
       698 Old Baltimore Pike
       Newark, DE    19702-1312

    Brian Rutherford, Chief Steward
    UAW Local 1183
    698 Old Baltimore Pike
    Newark, DE   19702-1312

    John Dixon, President
    UAW Local 1183
    698 Old Baltimore Pike
    Newark, DE   19702-1312

    Don Cordell, International Representative
    UAW Region 8
    Baltimore Area Office
    1005 North Point Boulevard - Suite 701
    Baltimore, MD   21222

**B.**   **General description of documents:**

At present, the Union has identified the following documents which impact this case:

- Undated notes from John Mehalshick re: David Smiley

- Undated typed statement re: David Smiley Grievance

- Plaintiff's Complaint against Defendant, UAW Local 1183 with attachments

- April 3, 2006 correspondence from Mehalshick to David Smiley

- Grievance form - David Smiley unjust discharge

- Substantiation denial - May 13, 2005 - David Smiley

- May 6, 2005 letter from Shannon West, Human Resources to David Smiley

- March 1, 2005 return to work from casual absence form

- Numerous doctors' notes from Peter D. Bandera, M.D. re: David Smiley

- Copy of "green card" with April 3, 2006 letter to Smiley from Mehalshick

- April 9, 2008 deposition transcript - David A. Smiley

- April 15, 2008 deposition transcript - David A. Smiley

C.    **Insurance:**

At this time, the Union is unaware of the existence and content of any insurance agreement which would cover all or any part of any judgment that may be entered in this action.

                              **Law Offices of Joseph J. Rhoades**

                              By:   /s/ Joseph J. Rhoades
                                        JOSEPH J. RHOADES, ESQUIRE
                                        Attorney I.D. No. 2064
                                        Legal Arts Building - Suite 1200
                                        1225 King Street
                                        Wilmington, DE 19801
                                        (302) 427-9500
                                        *Attorney for Defendant*

Of Counsel:
Cleary & Josem LLP
William T. Josem, Esquire
Attorney I.D. No. 32183
Regina C. Hertzig, Esquire
Attorney I.D. No. 46917
Robert F. Henninger, Esquire
Attorney I.D. No. 69211
1650 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 735-9099

Dated: May 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this date I had served a copy of the foregoing Defendant's Initial Disclosures and Defendant's Responses to Plaintiff's Request for Production of Documents by UPS Overnight Mail, on the following:

        David A. Smiley
        814 B Village Circle
        Newark, DE   19713

        _____
        Robert F. Henninger, Esquire
        Attorney I.D. No. 69211
        1650 Market Street, 51st Floor
        Philadelphia, PA   19103
        (215) 735-9099

Dated:   May 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) C.A. No. 1:07-005-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UAW LOCAL 1183, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Carol McCool, Legal Assistant, hereby certify that on this 30th day of May, 2008, I caused to be served upon counsel Defendant UAW Local 1183's Initial Disclosures via e-file to the following:

Jennifer G. Brady, Esquire
Jennifer C. Wasson, Esquire
Potter, Anderson & Corroon
P.O. Box 951
Wilmington, DE  19899


/s/Carol McCool
_____
Carol McCool