IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-005-SLR |
| | ) |
| DAIMLER CHRYSLER and UAW LOCAL 1183, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 3rd day of June, 2008, having conferred with the parties;

IT IS ORDERED that:

1. Discovery is closed as to all parties.

2. With respect to newly added defendant UAW Local 1183, said defendant and plaintiff may file summary judgment motions, accompanied by opening briefs and affidavits, if any, on or before **July 15, 2008.** Responsive briefs and affidavits, if any, shall be filed on or before **July 31, 2008.** Reply briefs may be filed on or before **August 7, 2008.**

_____
United States District Judge