IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SMILEY | : | |
| | : | |
| Plaintiff, | : | C.A.No.: 1:07-005-SLR |
| | : | |
| v. | : | |
| | : | |
| UNITED AUTOMOBILE, AEROSPACE | : | |
| AND AGRICULTURAL IMPLEMENT | : | |
| WORKERS UNION, LOCAL 1183 | : | |
| | : | |
| Defendant | : | |

## DEFENDANT, UAW LOCAL 1183'S
## MOTION FOR SUMMARY JUDGMENT

**Comes Now**, Defendant United Automobile, Aerospace and Agricultural Implement Workers Union Local 1183 ("Local 1183") pursuant to Fed. R. Civ. P. 56, and moves the Court for an Order entering Summary Judgment in its favor and against Plaintiff on all of his claims against Local 1183. The basis for Local 1183's Motion is that there is no genuine issue as to any material fact in this case and that Local 1183 is entitled to judgment as a matter of law.

The specific reasons supporting Local 1183's Motion are set forth in its Opening Brief in Support of Local 1183's Motion for Summary Judgment, filed contemporaneously herewith.

**LAW OFFICES OF JOSEPH J. RHOADES**
By: /s/ JOSEPH J. RHOADES, ESQUIRE
Joseph J. Rhoades, Esquire (ID No. 2064)
1225 King Street, 12th Floor
P.O. Box 874
Wilmington, DE 19801
(Telephone) 302-427-9500
(Facsimile) 302-427-9509
*Attorney for Defendant*

**Dated:   July 15, 2008**

*Of Counsel:*
*Cleary & Josem LLP*
*William T. Josem, Esquire*
*Robert F. Henninger, Esquire*
*1650 Market Street, 51st Floor*
*Philadelphia, PA  19103*
*(Telephone)  (215) 735-9099*
*(Facsimile)  (215) 640-3201*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY | : |
| | : |
| Plaintiff, | : C.A.No.: 1:07-005-SLR |
| | : |
| v. | : |
| | : |
| UNITED AUTOMOBILE, AEROSPACE | : |
| AND AGRICULTURAL IMPLEMENT | : |
| WORKERS UNION, LOCAL 1183 | : |
| | : |
| Defendant | : |

## O R D E R

**WHEREAS,** the Court having considered Defendant United Automobile, Aerospace and Agricultural Implement Workers Union Local 1183's ("Local 1183") Motion for Summary Judgment and the arguments of Plaintiff and Local 1183 related thereto, and the Court finding no material issues at fact and that Local 1183 is entitled to judgment in its favor;

**NOW, THEREFORE,** this           day of                    2008, Local 1183's Motion is hereby **GRANTED** and judgment shall be entered in Local 1183's favor on all claims of the Complaint against it.

By the Court:

_____
The Honorable Sue L. Robinson, USDCJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. SMILEY | : |
| Plaintiff, | : C.A.No.: 1:07-005-SLR |
| v. | : |
| UNITED AUTOMOBILE, AGRICULTURAL AND AEROSPACE IMPLEMENT WORKERS UNION, UAW LOCAL 1183 | : |
| Defendant | : |

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the within document to be served on the below listed persons on the date and in the manner listed below:

**UPS Overnight Mail:**   David A. Smiley, *pro se*
814 Village Circle - Apartment B
Newark, DE   19713

**Electronic Mail:**   Jennifer Gimler Brady, Esquire (I.D. No. 2874)
jbrady@potteranderson.com
Jennifer Wasson, Esquire (I.D. No. 4933)
jwasson@potteranderson.com
Potter, Anderson and Corroon, LLP
Hercules Plaza - 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE   19899-0951

LAW OFFICES OF JOSEPH J. RHOADES

By: /s/ JOSEPH J. RHOADES, ESQUIRE
Joseph J. Rhoades, Esquire (ID No. 2064)
*Attorney for Defendant*

**Dated:   July 15, 2008**