**From:** dasmyle2@aol.com
**To:** slr_civil@ded.uscourt.gov
**Subject:** Emergancy Extention for responce in CA No. 07-005-slr
**Date:** Wed, 30 Jul 2008 12:23 pm

Your Honor,

As a result of of a surgical procedure performed 7 JUL 08, I would like to request an extension of time to respond to the Defendant 1183 Motion for Summary Judgment.
Stitches were removed from my right arm 17 JUL 08 and at the present I am still experiencing great difficultly utilizing my right arm, as well as finger dexterity as this communication has been written on my behalf.
Thank you in advance for your understanding of this request.

Respectfully yours,

David Smiley

The Famous, the Infamous, the Lame - in your browser.



RECEIVED AUG 5 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE



814-B Village Cir.
Newark DE 19713

WILMINGTON DE 197
04 AUG 2008 PM 3 T

Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King St.
Lock Box 31
Wilmington DE 19801