LAW OFFICES

# JOSEPH J. RHOADES

SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS
STEPHEN T. MORROW

(302) 427-9500
FAX (302) 427-9509

Sender's Direct E-mail:
joe.rhoades@rhoadeslegal.com

August 7, 2008

**E-FILE**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King St.
Wilmington, DE 19801

  RE: **David A. Smiley v. UAW Local 1183, et al.**
     **C.A. No. 07-005-SLR**

Dear Judge Robinson:

  Today I am in receipt of correspondence from David Smiley received by the Court on August 5, 2008. I am hereby requesting permission from the Court to respond to Mr. Smiley's request, if the Court deems a response appropriate. Unless directed otherwise, I will file the Reply Brief of defendant UAW Local 1183 due today by Order of the Court.

  Thank you for your continuing cooperation.

              Respectfully yours,

              Joseph J. Rhoades

cc: Mr. David A. Smiley
   Jennifer Gimler Brady, Esquire
   Robert F. Henninger, Esquire