IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A SMILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAIMLER CHRYSLER and UAW )<br>LOCAL 1183, )<br>)<br>Defendants. ) | Civ. No. 07-005-SLR |

### ORDER

At Wilmington this 20th day of August, 2008, having received plaintiff's request for an extension of time (D.I. 64);

IT IS ORDERED that said request (D.I. 64) is granted. Plaintiff shall file his answering brief/response to the motion for summary judgment (D.I. 61) on or before September 3, 2008.

                                                                                                _____
                                                                                                 United States District Judge